UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:22-cv-396-JES-KCD

DANIEL LUGO,

    Plaintiff,

v.

OCEAN'S REACH CONDOMINIUM ASSOCIATION, INC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

    s/Drew M. Levitt
    DREM M. LEVITT
    Florida Bar No. 782246
    drewmlevitt@gmail.com
    LEE D. SARKIN
    Florida Bar No. 962848
    Lsarkin@aol.com
    4700 N.W. Boca Raton Boulevard
    Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    Attorneys for Plaintiff